**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**HEARTLAND BANK**                                                                         **PLAINTIFF**

**VS.**                           **4:16-CV-00076-BRW**

**RANDAL B. PARSLEY,** *et al.*                                   **DEFENDANTS**

**RANDAL B. PARSLEY**                                       **THIRD-PARTY PLAINTIFF**

**VS**

**L. WALTER QUINN**                                          **THIRD-PARTY DEFENDANT**

## JUDGMENT

The September 25, 2017 Order granting Plaintiff's Motion for Summary Judgment directed Plaintiff to provide me with Defendants' current outstanding account balance.[1] Plaintiff filed that document on October 2, 2017 and Defendants have filed no response.[2]

Accordingly, judgment is entered in favor of Plaintiff against Defendants, joint and severally, for $1,932,391.16,[3] with a post-judgment interest rate of 1.42% per year.

IT IS SO ORDERED this 24th day of October, 2017.

                                                                     /s/ Billy Roy Wilson _____
                                                                     UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 88.

[2] Doc. No. 97.

[3] From October 2, 2017 to date (21 full days) interest has accrued at a rate of $326.81562 a day, for a total of $6,863.13. The outstanding amount, to date, is $1,932,391.16 ($1,925,528.03 + $6,863.13).